IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60040
Summary Calendar
_____

ARTHUR IVY, JR.,

                                        Plaintiff-Appellant,

versus

CENTRAL MISSISSIPPI CORRECTION
FACILITY, Medical Clinic,

                                        Defendant,

ROBERT CULPEPPER;
JOHN F. DONNELLY,JR.; STEVE PUCKETT,

                                        Defendants-Appellees

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:97-CV-322-BN
- - - - - - - - - -
January 5, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

        Arthur Ivy, Jr., Mississippi prisoner no. 76754, appeals the

grant of summary judgment in favor of defendants Dr. Robert

Culpepper; John F. Donnelly Jr., superintendent of the Central

Mississippi Correctional Facility, medical clinic (CMCF); and

Steve Puckett, commissioner of the Mississippi Department of

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Corrections (MDOC).  CMCF had been dismissed from the lawsuit in a previous ruling which is not challenged on appeal.

Ivy's complaint, liberally construed, alleges only that efforts that have been made to provide him with a properly-fitting prosthesis have been unsuccessful.  "Unsuccessful medical treatment does not give rise to a § 1983 cause of action." Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991).

AFFIRMED.